IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **LATEEFA MCGHEE** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 4:17-cv-35-SA-JMV** |
| **GRENADA TOURISM COMMISSION, INC. And JOHN DOES, 1-10** | **DEFENDANTS** |

## ORDER GRANTING ATTORNEY'S FEES

By Order dated September 13, 2017, the Court Granted Defendant's Motion [23] to Compel Plaintiff to produce completed Interrogatories and Requests for Production. The Court, by that Order, awarded sanctions against Plaintiff and required Defendant to file an affidavit–including an itemization of reasonable attorney's fees and expenses incurred in prosecuting the Motion To Compel–and allowed Plaintiff (7) seven days thereafter to file any objections to the award of any fees and expenses requested. Plaintiff has submitted no objection. The Court has now considered Defense counsel's affidavit and finds as follows:

Defense counsel's affidavit documents 3.1 hours of attorney work at a rate of $185.00 per hour–totaling $573.50–for fees incurred pursuing the Motion to Compel. While the Court finds counsel's affidavit complies with the Court's order for an itemization of fees and is, therefore, sufficient, the [27] Order granting the [23] Motions clearly delineated that the award of attorney's fees concerned only the Motion to Compel and not the Motion for Additional Time to Designate Experts. Accordingly, the time counsel spent drafting the Motion for Additional Time to Designate Experts will not be awarded. Therefore, the Court finds a total of 1.9 hours at a rate of $185.00, or $351.50, is a more reasonable award.

**THEREFORE, IT IS ORDERED** that on or before November 6, 2017, Plaintiff shall pay Defendant $351.50 for the benefit of Defendant's counsel.

This 5th day of October, 2017.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE